UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ONEWEST BANK, N.A., | |
| Plaintiff, | Civil Action No. <u>14-cv-5290</u> |
| v. | |
| | (Gleeson, J.) (Pohorelsky, M.J.) |
| ROBERT W. MELINA; AMERICAN EXPRESS CENTURION BANK; AMERICAN EXPRESS BANK, FSB; CITIBANK, N.A.; WILLIAM R. SANTO; MAGALY BERMUDEZ; LOUIS BERMUDEZ; CARMEN MEDINA | **DECLARATION OF MICHAEL BRUK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

---

I, Michael Bruk, declare as follows:

1. I am a member of the bar of this Court and sole attorney associated with the firm of Law Office of Michael Bruk, counsel for Defendant ROBERT W. MELIMA. ("Defendant") in the above-captioned action, and am fully familiar with the facts set forth herein.

2. I am not a party tothis action.

3. I submit this declaration in support of Defendant's opposition to plaintiff's motion for summary judgment as to its Complaint filed on September 10, 2014 (the "Complaint") and as tothe "Amended Complaint" filed September 13, 2015 (the "Amended Complaint") by plaintiff OneWest Bank, N.A. ("Plaintiff" or "OneWest").

4. The Law Office of Michael Brukappeared as counsel for Defendant in this action on February 03, 2015 by serving and filing a Notice of Appearance. A copy of the Notice of Appearance is annexed hereto as **Exhibit 1**.

5. All statements hereinregarding events occurring on or after February 03, 2015 are based on my personal knowledgeand the records and documents made, maintained and utilized by my firm and available for public viewing various United State government websites. All statements made before February 3, 2015 are made based upon information and belief on review of the records and documents as they exist on the Southern District's Electronic Case Filing ("ECF") system..

6. Plaintiff commenced this action by filing a Complaint and Summons onSeptember 10, 2014 and subsequently filing the Amended Complaint on October 13, 2014. Annexed hereto collectively as **Exhibit 2**arecopies of the Amended Complaint, datedOctober 13, 2014.

7. On February 3, 2015, Defendant filed the Answer to the Amended Complaint. Upon stipulation of the parties and Order of the Court, Defendant subsequently filed the Amended Answer on April 2, 2015. Annexed as **Exhibit 3 is** the Amended Answer Dated March 3, 2015.

8. On April 13, 2015, Plaintiff filed an Answer to Counterclaims. Annexedhereto as **Exhibit 4**is a copy of Plaintiff's Answer to Counterclaims.

9. By letter filed April 27, 2015 Defendant's counsel requested that a pre-motion conference be scheduled or that Defendant be permitted to file its motion to dismiss. On April 21, 2015, the Court orderedDefendant to file its Federal Rule of Civil Procedure 12 (b) (1)motion to dismiss by May8, 2015.

10. Annexed hereto as **Exhibit 5** is Order No.: WN-11-011,<u>In the Matter of ONEWEST BANK, FSB</u>, OTS Docket No. 18129, United States of America Before the Office Of Thrift Supervision,(Effective April 13, 2011).

11. Annexed hereto as **Exhibit 6** is the Loan Sale Agreement By and Between The Federal Deposit Insurance Corporation, as Receiver for IndyMac Federal Bank, FSB and OneWest Bank, FSB. Dated March 19, 2009.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of theUnited States of America and the State of New York that the foregoing is true and correct.

Dated: New York, New York

    May 22, 2015                                        <u>/s/ Michael Bruk</u>,

                                                      Michael Bruk (MB 4367)